# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| CURTIS PIERCE, ) | CIVIL ACTION NO.: CV514-078 |
| Petitioner, ) | |
| v. ) | |
| JASON MEDLIN, Warden, ) | |
| Respondent. ) | |

## ORDER

Petitioner, an inmate now incarcerated at Calhoun State Prison in Morgan, Georgia, filed this action on August 14, 2014. Petitioner neither paid the filing fee nor filed a motion to proceed in forma pauperis. By Notice dated October 7, 2014, Petitioner was instructed to pay the filing fee of $5.00 or move to proceed in forma pauperis by October 28, 2014. Petitioner was further advised that his failure to comply with that notice may result in the dismissal of this action without prejudice. Petitioner has failed to respond to the Clerk's notice. Accordingly, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this 5 day of November, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)